1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       andrew.huang@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         ) No. CR 92-00497-1 EMC
                                       )
14 |     Plaintiff,                    ) UNITED STATES' NOTICE OF MOTION AND
                                       ) MOTION TO STAY PETITION UNDER 28 US.C.
15 | v.                                ) § 2255 AND [PROPOSED] ORDER
                                       )
16 | MARVIN W. JOHNSON,                ) Motion Hearing Date: October 5, 2016
                                       ) Motion Hearing Time: 2:30 p.m.
17 |     Defendant.                    )
                                       ) Hon. Edward M. Chen
18 |                                   ) Courtroom 5, 17th Floor

19      TO: THIS HONORABLE COURT, DEFENDANT MARVIN W. JOHNSON, AND HANNI
20      FAKHOURY, ESQ., COUNSEL OF RECORD FOR DEFENDANT JOHNSON

21      PLEASE TAKE NOTICE that the United States of America, by and through undersigned

22 counsel, now moves, and at a hearing (if necessary) on October 5, 2016, at 2:30 p.m., will move the

23 Court for an order to stay proceedings on defendant's motion to vacate, set aside, or correct his sentence

24 under 28 U.S.C. § 2255. The government believes this motion to stay may be decided upon the papers,

25 but is prepared to appear and argue the matter if the Court requires a hearing.

26      On June 27, 2016, defendant Marvin Johnson filed a motion to vacate, set aside, or correct his

27 sentence under 28 U.S.C. § 2255. On August 30, 2016, this Court issued an order requiring the

28 government's response in 60 days, which makes the response due by October 29, 2016.

On July 7, 2016, the Ninth Circuit heard argument in *United States v. Dominguez*, No. 14-10268, a case which raised the issues, *inter alia*, of (1) whether Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A) – the "force" clause; and (2) whether 18 U.S.C. § 924(c)(3)(B) – the "residual" clause" – is void for vagueness after the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), invalidated a similar residual clause in the Armed Career Criminal Act, 18 U.S.C. § 924(e). This Court will need to resolve at least the second issue in *Dominguez* to dispose of defendant Johnson's motion.

On July 12, 2016, the Ninth Circuit vacated submission of *Dominguez* pending resolution of *United States v. Begay*, No. 14-10080, *United States v. Gaytan*, No. 14-10167, and *Lynch v. Dimaya*, No. 15-1498, for which a petition for certiorari was filed on June 10, 2016.

Because *Dominguez* likely will decide the issue of whether Hobbs Act robbery qualifies as a crime of violence under § 924(c)'s force clause or whether § 924(c)'s residual clause is void for vagueness (or both), this Court should stay defendant Johnson's Section 2255 motion until *Dominguez* has been decided. *See Leyva v. Certified Grocers of California*, 593 F.2d 857, 863 (9th Cir. 1979) ("A trial court may, with propriety, find it is efficient for its own docket, and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."). A stay will promote efficiency because this case will remain in the district court and not be subject to appeal. If the Ninth Circuit holds that § 924(c)'s residual clause is not void for vagueness, then this Court can simply deny the Section 2255 motion; if the Ninth Circuit rules to the contrary, then the Court may consider defendant Johnson's Section 2255 motion without the delay caused by a remand from the Court of Appeals.[1]

---

[1] The district court judges have split with respect to staying Section 2255 proceedings raising *Johnson* claims. *See United States v. Phillips*, No. CR 06-00179 PJH (denying stay); *United States v. Johnson*, No. CR 14-00105 EMC (July 14, 2016) (denying stay); *United States v. Martinez*, No. CR 07-00793 CW (July 8, 2016) (denying stay); *United States v. Moore*, No. CR 10-0469 CW (July 7, 2016) (denying stay); *United States v. Stamps*, No. CR 13-238 CW (June 29, 2016) (denying stay); *United States v. Trujillo*, No. CR 10-00605 WHA (July 15, 2016) (granting stay); *United States v. Dunlap*, No. CR 10-0040 WHA (July 15, 2016) (granting stay); *United States v. Khatib*, No. CR 12-0193 WHA (July 14, 2016) (granting stay): *United States v. White*, No. CR 11-00366 MMC (July 8, 2016) (granting stay); *United States v. Caradine*, No. CR 14-173 CRB (July 8, 2016) (granting stay); *United States v. Johnston*, No. CR 09-0103 CRB (July 5, 2016) (granting stay). Judges Tigar and White have both granted and denied stays. *See United States v. Garcia*, No. CR 13-00601 JST (July 6, 2016) (denying stay); *United States v. Partida*, No. CR 14-00081 JST (June 29, 2016) (granting stay); *United States v. Griggs*, No. CR 12-00180 JSW (July 22, 2016) (denying stay); *United States v. Bernard*, No. CR 08-

| | | |
|---|---|---|
| DATED: September 16, 2016 | | Respectfully submitted, |
| | | BRIAN J. STRETCH<br>United States Attorney |
| | | _____/s/_____<br>ANDREW S. HUANG<br>Assistant United States Attorney |

---

00463 JSW (July 19, 2016) (denying stay), *United States v. De La Vega*, No. CR 13-00632 JSW (July 20, 2016) (granting stay), and *United States v. Luong*, No. CR 96-00094 JSW (granting stay).

**[PROPOSED] ORDER**

The United States' Motion to Stay Petition Under 28 U.S.C. § 2255 is hereby GRANTED. Defendant Johnson's Section 2255 motion shall be stayed pending further order from the Court.

IT IS SO ORDERED.

_____ _____
Date                                                        Hon. EDWARD M. CHEN
                                                                      United States District Judge