UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN W. JOHNSON,<br><br>Defendant. | Case No. 92-cr-00497-EMC-1<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY PETITION UNDER 28 U.S.C. § 2255**<br><br>Docket No. 486 |

The government has moved to stay Defendant Marvin W. Johnson's § 2255 petition for relief. More specifically, the government asks the Court to stay proceedings pending a decision by the Ninth Circuit in *United States v. Dominguez*, No. 14-10268. On July 12, 2016, the *Dominguez* panel vacated submission of the case "pending resolution of *United States v. Begay*, No. 14-10080, *United States v. Gaytan*, No. 14-10167,[1] and *Lynch v. Dimaya*, No. 15-1498 (petition for certiorari filed June 10, 2016).[2]" *United States v. Dominguez*, No. 14-10268 (9th Cir.) (Docket No. 86).

The government's motion for a stay is **DENIED** without prejudice. Briefing on the § 2255 petition shall proceed as previously ordered. The government may, if it wishes, renew its motion

///

///

///

---

[1] The *Gaytan* panel vacated submission of the case pending the disposition of *Begay*. *See United States v. Gaytan*, No. 14-10167 (9th Cir.) (Docket No. 75).

[2] On September 29, 2016, the Supreme Court granted the petition. *See Lynch v. Dimaya*, No. 15-1498, 2016 U.S. LEXIS 4461 (Sept. 29, 2016).

1  after briefing is completed and before a decision on the merits is issued.  The Court sees no good
2  basis to halt the briefing process.
3      This order disposes of Docket No. 486.

5  **IT IS SO ORDERED**.

7  Dated: October 3, 2016

                                                  _____
EDWARD M. CHEN
United States District Judge