1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney

5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6973
7         FAX: (415) 436-7234
          lloyd.farnham@usdoj.gov

8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              No. 92-CR-00497 EMC

14         Plaintiff,
                                           NOTICE OF APPEARANCE AND
15     v.                                  SUBSTITUTION OF COUNSEL

16  MARVIN W. JOHNSON,

17         Defendant.

18

19         This is to notify the Court, and all parties, that going forward Assistant United States Attorney

20  Lloyd Farnham will be representing the United States in the above-captioned case States.  Please include

21  AUSA Farnham in all future correspondence, pleadings, and notices.  AUSAs Andrew Huang

22  (andrew.huang@usdoj.gov) and George Beven (george.bevan@usdoj.gov) should be removed from the

23  list of persons to be noticed in the case.

24  DATED: March 3, 2017                   Respectfully submitted,

25                                         BRIAN J. STRETCH
                                           United States Attorney
26

27                                          /s/ Lloyd Farnham
                                           LLOYD FARNHAM
28                                         Assistant United States Attorney

    NOTICE OF SUBSTITUTION OF COUNSEL
    NO. 92-CR-00497