UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 3, 2017    **Time:** 15 minutes    **Judge:** EDWARD M. CHEN

**Case No.:** CR92-0497 EMC    **Case Name:** UNITED STATES v. Marvin Johnson (custody/phone)

**Attorney for Plaintiff:** Lloyd Farnham

**Attorney for Defendant:** Hanni Fakhoury
    Defendant Marvin Johnson (phone through counselor Tolbert 318--561-5300x5712)

**Deputy Clerk:** Betty Lee    **Court Reporter:** Kathy Sullivan (sealed)
**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS

Motion to Withdraw

## SUMMARY

Defense counsel's Motion to Withdraw held under seal (9:47-10:00 a.m.) For the reasons stated on the record, the motion is granted. AFPD Hanni Fakhoury is relieved as counsel. The Court directs CJA administrator to locate new counsel for defendant.

Further status conference before this Court set for 5/24/17 at 1:30 p.m. The Court stayed defendant's pending motions and to set response deadline at the next status conference.

cc: Ruben Deang