UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 24, 2017  **Time:** 9 minutes  **Judge:** EDWARD M. CHEN

**Case No.**: CR92-0497 EMC  **Case Name:** UNITED STATES v. Marvin Johnson (custody/phone)

**Attorney for Plaintiff:**  Lloyd Farnham

**Attorney for Defendant:**  Chris Cannon
Defendant Marvin Johnson (phone through Counselor Tolbert 318-561-5300x5712)

**Deputy Clerk:** Betty Lee       **Court Reporter:** Pam Batalo
**Interpreter:** N/A              **Probation Officer:** N/A

## PROCEEDINGS

Status Conference

## SUMMARY

Chris Cannon appeared as new counsel for defendant and requested to continue the status conference for 60 days so he can consult with Mr. Johnson in detail.  The Court will not rule on defendant's pending motions and will delay ruling.  Further status conference is set for 8/2/17 at 11:00 a.m.  The Court will call Mr. Johnson at that time.  An updated joint status report shall be filed within 30 days after Supreme Court's decision in the Dimaya case.